1

2        **UNITED STATES DISTRICT COURT**

3        **DISTRICT OF NEVADA**

4        \*\*\*

5

6    GRAHAM MILLER,

            Plaintiff,

7                                                    2:16-cv-00895-MMD-VCF
    vs.                                              **REFERRAL TO PRO BONO PROGRAM**
8    BRIAN WILLIAMS, *et al.*,

9            Defendants.

10

11

12        Plaintiff has filed a motion seeking appointment of counsel. (ECF No. 17).  Defendants opposed.

13    (ECF No. 19).

14        A litigant in a civil rights action does not have a Sixth Amendment right to appointed counsel.

15    *Storseth v. Spellman*, 654 F.2d 1349, 13253 (9th Cir. 1981).  The court may appoint counsel under 28

16    U.S.C. § 1915 only under exceptional circumstances. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.

17    1991). "A finding of exceptional circumstances requires an evaluation of both the likelihood of success

18    on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of

19    the legal issues involved. Neither of these factors is dispositive and both must be viewed together before

20    reaching a decision." *Id.* (citations and internal quotation marks omitted). The court has reviewed the

21    complaint and filings in this case.  Here, the Court finds that exceptional circumstances that warrant the

22    appointment of counsel.

23        This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2016-

24    02 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be

25    appointed as pro bono counsel for Plaintiff.  The scope of appointment shall be for all purposes through

1    the conclusion of trial.  By referring this case to the Program, the Court is not expressing an opinion as to

2    the merits of the case.

3           Accordingly,

4           **IT IS HEREBY ORDERED** that the Motion for Appointment of Counsel (ECF No. 17) is

5    GRANTED.

6           **IT IS FURTHER ORDERED** that this case is referred to the Pro Bono Program for appointment

7    of counsel for the purposes identified herein.

8           **IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono

9    Liaison. DATED this 25th day of July, 2017.

10

11           _____
             CAM FERENBACH
12           UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25