1  AARON D. FORD
    Attorney General
2  MATTHEW P. FEELEY (Bar No. 13336)
    Deputy Attorney General
3  State of Nevada
    Office of the Attorney General
4  555 East Washington Avenue
    Suite 3900
5  Las Vegas, Nevada 89101
    (702) 486-3120 (phone)
6  (702) 486-3773 (fax)
    Email: mfeeley@ag.nv.gov
7
   *Attorneys for Defendants*
8  *Harold Allen, Richard Bogue, Edward Castillo,*
   *Michael Chavez, Frank Dreesen, Nathan Echeverria,*
9  *Rebecca Kozloff, Kimberly McCoy, Yaqoub Mustafaa,*
   *Anthony Payne, Helen Peterson, Tito Rangel,*
10 *Dean Willet, Brian Williams and Bryan Wilson*

11

12

13

14              **UNITED STATES DISTRICT COURT**

15                   **DISTRICT OF NEVADA**

16  GRAHAM MILLER,                    Case No. 2:16-cv-00895-MMD-VCF

17              Plaintiff,

18  vs.                               **STIPULATION AND ORDER FOR**
                                      **DISMISSAL WITH PREJUDICE**
19  BRIAN WILLIAMS, *et al.*,

20              Defendants.

21      Defendants, Harold Allen, Richard Bogue, Edward Castillo, Michael Chavez, Frank

22  Dreesen, Nathan Echeverria, Rebecca Kozloff, Kimberly McCoy, Yaqoub Mustafaa,

23  Anthony Payne, Helen Peterson, Tito Rangel, Dean Willet, Brian Williams, and Bryan

24  Wilson, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Matthew P.

25  Feeley, Deputy Attorney General, of the State of Nevada, Office of the Attorney General,

26  and Plaintiff Graham Miller, by and through counsel, Trevor J. Hatfield, Esq., of Hatfield

27  and Associates, Ltd., hereby stipulate and agree to dismiss the above-captioned matter with

28  prejudice. Each party will bear their own attorney fees and costs. This stipulation is made

and based on a Settlement Agreement reached by the parties. The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED this 5 day of ~~July~~ August, 2019.

Trevor Hatfield, Esq.

By: /s/ _____
TREVOR T. HATFIELD, ESQ.
Nevada Bar # 7373
Hatfield & Associates, Ltd.
703 S. 8th Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED this 6 day of ~~July~~ August, 2019.

Aaron D. Ford
Attorney General

By: /s/ _____
MATTHEW FEELEY, ESQ.
Nevada Bar No. 13336
555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** The matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case.

DATED this _8th_ day of August 2019.

_____
UNITED STATES DISTRICT JUDGE